UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>MARTIN GOTTESFELD | No. 16mc91064ADB<br><br>UNDER SEAL |

## SECOND ASSENTED-TO MOTION TO EXCLUDE
## TIME FROM THE 30-DAY INDICTMENT PERIOD

The United States asks this Court, pursuant to 18 U.S.C. § 3161(h), to exclude, from the 30-day period set out in § 3161(b) for filing an indictment or information, the period from April 22, 2016 through May 27, 2016. In support of this motion, the government states as follows:

1. On February 17, 2016, Martin Gottesfeld was arrested in Miami, Florida on the charge of conspiracy to damage computers (in violation of 18 U.S.C. § 371), set out in a criminal complaint, *United States v. Martin Gottesfeld*, No. 16-MJ-4117-MBB. Gottesfeld made his initial appearance in U.S. District Court of the Southern District of Florida on February 17.

2. The Defendant waived a detention, removal, and probable cause hearing and was remanded to the custody of the U.S. Marshals for transportation to the District of Massachusetts. He made his initial appearance in the District of Massachusetts on April 6, 2016.

3. Under the Speedy Trial Act, "[a]ny information or indictment charging the commission of an offense shall be filed within thirty days from the date on which such individual was arrested or served with a summons in connection with the charges." 18 U.S.C. § 3161(b). Therefore, any information or indictment would have initially needed to be filed by March 18.

4. On March 1, 2016, Judge Burroughs allowed the government's Assented-To Motion to Exclude the time from March 18 through April 22, 2016.

5. The government now seeks an extension of time to file an indictment or information until May 27, 2016. As grounds, the government states that the parties need additional time to discuss a possible plea agreement and information. That is particularly true because the defendant has only just arrived in Massachusetts and because his detention hearing is scheduled for April 27, 2016. A resolution of this case through a plea agreement and information would be in the interest of both parties and the interest of justice.

6. Undersigned counsel has conferred with counsel for Defendant, Tor Ekeland, who assents to this motion.

Therefore, the United States asks, pursuant to 18 U.S.C. §§ 3161(h)(1)(E), 3161(h)(1)(F), and 3161(h)(7)(A), that the Court exclude, from the 30-day period set out in § 3161(b) for seeking an indictment, the period from April 22 through May 27, 2016. The ends of justice served by granting the requested exclusion outweigh the interest of the public and the defendant in a speedy trial, under § 3161(h)(7)(A).

Respectfully submitted,

CARMEN M. ORTIZ
UNITED STATES ATTORNEY

By: /s/ Adam J. Bookbinder
Adam J. Bookbinder
David J. D'Addio
Assistant U.S. Attorneys

Date: April 11, 2016

The above motion is GRANTED, and the period from April 22, 2016, through May 27, 2016 is excluded from all Speedy Trial Act calculations.

Dated: April ___, 2016.        _____
                                UNITED STATES DISTRICT JUDGE

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this sealed pleading was served by e-mail on Tor Ekeland, counsel for Martin Gottesfeld.

                                                Adam J. Bookbinder
                                                Assistant U.S. Attorney

Dated: April 11, 2016