UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>MARTIN GOTTESFELD | No. 16-mc-91064-ADB<br><br>UNDER SEAL |

## FIFTH ASSENTED-TO MOTION TO EXCLUDE
## TIME FROM THE 30-DAY INDICTMENT PERIOD

The United States asks this Court, pursuant to 18 U.S.C. § 3161(h), to exclude, from the 30-day period set out in § 3161(b) for filing an indictment or information, the period from August 1 to September 9, 2016. In support of this motion, the government states as follows:

1. On February 17, 2016, Martin Gottesfeld was arrested in Miami, Florida on the charge of conspiracy to damage computers (in violation of 18 U.S.C. § 371), set out in a criminal complaint, *United States v. Martin Gottesfeld*, No. 16-MJ-4117-MBB. Gottesfeld made his initial appearance in U.S. District Court of the Southern District of Florida on February 17.

2. The Defendant waived a detention, removal, and probable cause hearing and was remanded to the custody of the U.S. Marshals for transportation to the District of Massachusetts. He made his initial appearance in the District of Massachusetts on April 6, 2016.

3. Under the Speedy Trial Act, "[a]ny information or indictment charging the commission of an offense shall be filed within thirty days from the date on which such individual was arrested or served with a summons in connection with the charges." 18 U.S.C. § 3161(b). Therefore, any information or indictment would have initially needed to be filed by March 18, 2016. The Court granted the parties' previous requests to exclude from the 30-day clock the period from March 18 through August 1, 2016.

4.      The government now seeks a further extension of time to file an indictment or information until September 9, 2016. As grounds, the government states that, while the defendant had his detention hearing in this district on April 27, 2016, the Magistrate Judge has not yet issued a detention decision. While that decision is pending, the parties have not been able to conclude their discussions of a possible plea agreement and information. Once the Magistrate Judge issues that decision, the parties will resume their discussions and either reach an agreement or determine that there will be no plea agreement and the case will proceed via indictment.

5.      Undersigned counsel has conferred with counsel for Defendant, Tor Ekeland, who has stated that he and the defendant assent to this motion.

Therefore, the United States asks, pursuant to 18 U.S.C. §§ 3161(h)(1)(E), 3161(h)(1)(F), and 3161(h)(7)(A), that the Court exclude, from the 30-day period set out in § 3161(b) for seeking an indictment, the period from August 1 to September 9, 2016. The ends of justice served by granting the requested exclusion outweigh the interest of the public and the defendant in a speedy trial, under § 3161(h)(7)(A).

    Respectfully submitted,

    CARMEN M. ORTIZ
    UNITED STATES ATTORNEY

By: _____
    Adam J. Bookbinder
    David J. D'Addio
    Assistant U.S. Attorneys

The above motion is GRANTED, and the period from August 1 to September 9, 2016, is excluded from all Speedy Trial Act calculations.

Dated: _____, 2016.          _____
                                          United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this sealed pleading was served by e-mail on Tor Ekeland, counsel for Martin Gottesfeld.

_____
Adam J. Bookbinder
Assistant U.S. Attorney

Dated: July 22, 2016