UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>MARTIN GOTTESFELD | 16-MC-91064-ADB |

**GOVERNMENT'S MOTION TO UNSEAL**

The United States of America hereby moves this Court to order the clerk to unseal the pleadings and orders in this case. In support of this motion, the United States respectfully submits that defendant Martin Gottesfeld has moved to dismiss the indictment in the criminal case against him, 16-CR-10305 (NMG). In that motion, Gottesfeld claims, among other things, violations of the Speedy Trial Act. The pleadings in this miscellaneous case, which are all either assented-to motions to toll the pre-indictment Speedy Trial Act clock or the Court's rulings on those motions, are relevant to the government's opposition to defendant Gottesfeld's motion. Because Gottesfeld was indicted in 2016, there is no longer need for secrecy regarding the existence of a grand jury investigation targeting him.

The government has conferred with counsel for defendant Gottesfeld, who assents to the relief requested.

                                              Respectfully submitted,

                                              ANDREW E. LELLING
                                              United States Attorney

                             By:   /s/ Seth B. Kosto
                                        Seth B. Kosto
                                        Assistant U.S. Attorney

Date: March 21, 2018

## CERTIFICATE OF SERVICE

I hereby certify that this document will be sent electronically to Raymond E. Gillespie, counsel to Martin Gottesfeld.

/s/ Seth B. Kosto
Seth B. Kosto

Dated: March 21, 2018