United States District Court
District Of Massachusetts

United States of America
v.
Martin S. Gottesfeld

Civil No. 16-mc-91064-ADB

## NOTICE REGARDING COUNSEL FOR THE DEFENDANT

Defendant Martin S. Gottesfeld respectfully files this notice to humbly notify The Honorable Court as follows:

1. The "counsel" for the defendant referenced in various claimed "essential-to" motions by the government on this civil docket (see D.E. 1, 4, 6, 8, 10 and 13) and in its "Joint" notice (see D.E. 15), namely Mr. Tor Ekeland of New York, was not a member of the Massachusetts bar and was not admitted to practice in the district at the time of his alleged assent to any of the aforementioned filings, though on April 5th, 2016, he was admitted pro hac vice onto the separate criminal docket 16-mj-4117-MBB by The Honorable Magistrate Judge Marianne B. Bowler. However, even that admission on that separate criminal docket came after D.E. 1, 2 and 3 in this civil matter.

2. At this time, as far as the defendant is aware, no counsel has ever filed an appearance on his behalf in this civil case, 16-mc-91064-ADB. Therefore, the defendant believes that he is left to act pro se in this matter.

3. The defendant has never been served by the government with

- Page 1 of 2 -

any of the filings in this civil case, 16-mc-91064-ADB, though the government has attempted to serve the defendant via his counsel in the other cases 16-mj-4117-MBB and 16-cr-10305-NMG.

4. The defendant is currently incarcerated at the address below and therefore he believes that the application of the so-called "prison mailbox rule" to date his filings on the day on which he placed them in the prison mailbox is appropriate.

Respectfully submitted and mailed on this 11th day of May, 2018,

/s/ MSG
Martin S. Gottesfeld, ID #71225
PCCF, Unit H1, Cell 224
26 Long Pond Road
Plymouth, MA 02360

CERTIFICATE OF SERVICE

I, Martin S. Gottesfeld, hereby certify that a copy of this notice was mailed to David J. D'Addio, Assistant U.S. Attorney, counsel for the government, this 11th day of May, 2018.

/s/ MSG
Martin S. Gottesfeld, Pro Se
Sr. Systems Engineer

Dated May 11th, 2018

- Page 2 of 2 -